IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JANE DOE, a minor child, by and through her Mother and Legal Guardian, Mary Doe, <br><br> Plaintiff, <br><br> v. <br><br> WHITE COUNTY SCHOOL BOARD OF EDUCATION and KURT DRONEBARGER, Director of White County Schools, in his official capacity; MONTUKA MURRRAY, White County Middle School Principal, in his official capacity; AUSTIN ALLEN, in his individual and official capacities, and SCHOOL OFFICIAL DOES 1-5, <br><br> Defendants. | Case No. 2:24-cv-00071 <br><br> District Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER DENYING MOTION FOR ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default pursuant to Federal Rule of Civil Procedure 55. (Doc. No. 27). For the following reasons, Plaintiff's Motion is **DENIED without prejudice**.

Pursuant to Local Rule 55.01,

> Motions for entry of default under Fed. R. Civ. P. 55(a) must be accompanied by an unsworn declaration under penalty of perjury under 28 U.S.C. § 1746 verifying, among other things, (i) proof of service; (ii) the opposing party's failure to plead or otherwise defend; (iii) if the opposing party is an individual, that the opposing party is not a minor or incompetent person; and (iv) if the opposing party is an individual, that the opposing party is not in the military service, as required by 50 U.S.C. § 3931(b)(1). Evidence from the Defense Manpower Data Center, or other reliable source, confirming that the opposing party is not in the military service must be appended to the unsworn declaration.

1

L.R. 55.01. Plaintiff's Motion it is not accompanied by the required unsworn declaration. As a result, the Clerk **DENIES** the Motion for Entry of Default without prejudice. (Doc. No. 27).

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court
